UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ROBERT DAMIAN JOYCE,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF TEXAS, et al.,<br><br>    Defendants. | No. 1:20-CV-145-H-BU |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge John R. Parker made Findings, Conclusions, and a Recommendation (FCR) in this case on December 2, 2020. Dkt. No. 19. Judge Parker recommended that the Court deny Robert Damian Joyce's two motions to certify a class action. Dkt. Nos. 5, 16; *Id.* at 7. No objections to the FCR were filed.[1] The District Court has therefore reviewed the proposed FCR for clear error. Finding none, the Court accepts the FCR of the United States Magistrate Judge. Accordingly, Joyce's motions to certify a class action are denied.

So ordered on February 2, 2021.

JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE

---

[1] Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for clear error. Fed. R. Civ. P. 72(b)(3); *see also Wilson v. Smith & Nephew, Inc.*, No. 3:12-CV-1063-B, 2013 WL 1880770, at *1 (N.D. Tex. May 6, 2013).